# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 30 2023**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Alfredo P. Gonzalez, AKA Kinblucifer, Plaintiff

v.

U.S. President/ Joe Biden Et. al. _____,

U.S. VP Kalma Harris   Et. al _____,

State Dep't. A. Blinken Et. al _____,

U.S. "DHS" Mayorkas Et. al. _____, Defendant(s). "See Attached"

Jury Trial requested:
(please check one)
__X__ Yes ____ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## PRISONER COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

5. Rep. James Comer et al

6. Rep. McCal et al

7. Rep. Don Bacon et al

8. Rep. Max Miller et al

9. Rep. Marjorie T. Greene et al

10. Rep. Jason Smith et al

11. Rep. Vivek Ramaswamy et al

12. Rep. Boebert et al

13. Rep. Tulsi Gabbard et al

14. Rep. Ronna McDaniel et al

15. U.S. AG. Merrick Garland et al

16. Governor, Glenn Youngkin et al

17. FBI CRA FBI, C. Ray et al

18. Rep. Jim Himes et al

19. Senator. Tom Cotton et al

20. Senator Feinstein et al

21. Indian Prime minister Narendra Modi, et al

22 Governor, J. Polis   et al

23 Weld county, co. Rob Miller et al

24 Senter Nancy Polosi, et al

25 Cheyenne mountian Command Center/ LLoyd Austin et al

26 Rep. Donald J. TRUMP et al

27 Weld County, Colorado, Sheriff Steve Remes et al

28 FBI Muller   et al

29 Greeley Police Chief et al

30 Evans Police Chief  et al

31 Windsor Police Chief   et al

32 mayor of Greeley, CO et al

33 ATF  et al    et al

34 DEA  et al    et al

35 Rep Adam Schiff  et al

36 CIA  et al

37 NSA  et al

38 Rep. Wiss

39 U.S House of Representatives

40 U.S. Senate et. al

41 U.S. FBI. C. RAy et al

42 DOJ. et. al

43 Parole officer Kelsey Pittman

44 Parole mark white

45 MOSES A. STANCIL. C.D.C.C ED

46 Case Manager Hunter At CSP

47. Mike Turner Rep

48. Marsha Blackburn Rep

49. Roy Smith Greeley Police. SGT.

50 "DHS". Robert Muller III

51. Govner Ron DeSanti

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Alfredo P. Gonzalez 142066 Po Box 777 CCf Canon City Co
(Name, prisoner identification number, and complete mailing address)

281215= O King Lucifer Guzman Gonzalez
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_\_    Pretrial detainee

\_\_\_\_\_    Civilly committed detainee

\_\_\_\_\_    Immigration detainee

 X     Convicted and sentenced state prisoner

\_\_\_\_\_    Convicted and sentenced federal prisoner

\_\_\_\_\_    Other: (*Please explain*) _____


## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Joe Biden  U.S. President  White House
(Name, job title, and complete mailing address)

1600 Pennsylvania Ave, NW, Washington DC

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes \_\_\_ No (*check one*).  Briefly explain:

US. President / Commander an Chief

_____

Defendant 1 is being sued in his/her  X individual and/or  X official capacity.

2

Defendant 2: ___Kalma Harris U.S. VP White Hase___
(Name, job title, and complete mailing address)

___1600 Pennsylvania Ave NW, Washington, DC___

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*).  Briefly explain:

___U.S. V.P.___

___

Defendant 2 is being sued in his/her X individual and/or X official capacity.

Defendant 3: ___A. Blinken State Dept 1600 Pennsylvania___
(Name, job title, and complete mailing address)

___Ave NW, Washington, DC___

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*).  Briefly explain:

___Acting State Department___

___

Defendant 3 is being sued in his/her X individual and/or X official capacity.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

X   State/Local Official (42 U.S.C. § 1983)

X   Federal Official
As to the federal official, are you seeking:
X Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___   Other: (*please identify*) ___

3

Defendant 5: Rep. James Comer et al 200 E. Colfax Room 307
Denver CO 80203

Acting under color of federal law _X_ yes ___ No
House of Representatives

_____

Defendant 5: is being sued in his/his _X_ Individual and
or _X_ official capacity

Defendant 6: MCCal Rep. 700 E. Colfax Room 307
Denver, Co. 80203

Acting under color of federal law _X_ yes ___ No
House of Representatives

_____

Defendant 6: Is being sued in his/her _X_ Individual
and or _X_ offical capacity

Defendant 7: Don Bacon Rep. 200 E. Colfax Room 307
Denver CO 80203

Acting under color of federal law _X_ yes ___ No
House of Representatives

_____

Defendant 7: is being sued in his/her _X_ Individual
and or _X_ offical capacity

3

Defendant 8: Max Miller Rep. 200 E. Colfox Room 307
Denver Co 80203
Acting under color of federal law X yes ___ No
House of Representatives

Defendant 8: is being sued in his/her X Individual
and or X Offical Capacity

Defendant 9: Marjorie T. Greene Rep. 200 E. Colfox Room 307
Denver CO. 80203
Acting under color of federal law X yes ___ No
House of Representatives

Defendant 9: is being Sued in his/her X Individual
and or X offical Capacity

Defendant 10: Jason Smith Rep. E. Colfox Room
307 Denver, Co. 80203
Acting under Color of federal law X yes ___ No
House of Representatives

Defendant 10: is being Sued in his/her X Individual
and or X ___ offical capacity

3

Defendant No. Vivek Ramaswamy Rep E. Colfax Room
            307 Denver Co 50203

Acting under color of federal law X yes ___ No
House of Representatives

_____

Defendant No. is being sued in his/her X Individual
and or X offical capacity

Defendant No. L. Boebert Rep. E. Colfax Room 307
            Denver Co. 80203

Acting under color of federal law X yes ___ No
House of Representatives

_____

Defendant No. is being sued in his/her X Individual
and or X offical Capacity

Defendant No. Tulsi Gabbard Rep. E. Colfax Room 307
            Denver, Co. 80203

Acting under color of federal law X yes ___ no
House of Representatives

_____

Defendant No. is being sued in his/her X Individual
and or X offical Capacity

Defendant 13: Ronno Mcdeniel Rep. E. Colfax Room 307 Denver Co 80203

Acting under color of federal law X yes ___ no

House of Represenetetives

_____

Defendant 13: is being sued in his/her X Individel and or X Offical Capacity

Defendant 14: US. Merrick Garland Rep 200 E. Colfax Room 307 Denver Co 80203    US. AG

Acting under color of federal law X yes ___ no

US. Attorney Genrel

_____

Defendant 14: is being sued in his/her X Individel and or X offical Capacity

Defendant 15: Glenn Youkn Governor of VA

_____

Acting under color of federal law X yes ___ no

Governer of VA

_____

Defendant 15: is being sued in his/her X Individual and or X offical Capacity

3

Defendant 16: CIA VA

Acting under color of federal law X yes ___ No

Defendant 16: is being sued in his/her X ___ Individual
and or X offical capacity

Defendant 17: C.RAy director of FBI VA

Acting under color of federal laws yes ___ No
DIRECTOR of FBI

Defendant 17: is being sued in his/her X ___ Individel
and or X offical capacity

Defendant 18: R. Muller Denver FBI 8000 E 36th Ave
Denver CO 80238
Acting under color of federak X yes ___ no
FBI

Defendant 18: is being Sued in his/her X Individual
and or X offical capacit1

3

Defendant 19: _NSA_

Acting under Color of federal X yes _ No
_NSA_

Defendant 19: being Sued in his/her X Individual
and or X offical Cofacity

Defendant 20: J. POllS Governor of Colorado
State Capitol Building 200 E. Colfax Denver CO 80203

Acting under color of federal law X yes _ No
Governer of colorado

Defendant 20: Being Sued in his/her X Individual
and or X offical Capacit

Defendant 21: Donald J. TRump Republican
Donald J TRump @Real Donald J. TRump.com

Acting under color of federal law X yes _ No
Palatican

Defendant 21: Being Sued in his/her X Individual
and or X offical Cepcit

3

Defendant 22 A. mayorKAS secretary of DHS 2707
Martin Luther King JR Ave SE Washington DC
Acting under color of federal law X yes no
secretary of DHS

Defendant 22: Being Sued in his/her X Individual
and or X offical capacity

Defendant 23 U.S. House of Representatives

Acting under color of federal law X yes no
House of Representatives As a goverment body

Defendant 23: Being Sued in his/her X Individual X offical

Defendant 24 U.S. Senate Senators

Acting under color of federal law X yes no
U.S. Senators

Defendant 24: Being Sued in his/her X Individual
and or X offical capacity

Defendant 25: D.O.J        1400 Defence Pentagon

Washington, DC. 20301

Acting under color of federal law _X_ Yes _No
Department of Justice

_____

Defendant 25: Being Sued in his/her _X_ Individual
and or _X_ official Capacit

Defendant 26 Chief of GREELEY Police   Chief

_____

Acting under color of federal law _X_ yes _No
Chief of Police

_____

Defendant 26: Being Sued in his/her _X_ Individual
and or _X_ official capacity

Defendant 27: Chief of Evans Police   Chief

_____

Acting under color of federal law _X_ Yes _No
~~and or off~~
Chief of Police

_____

Defendant 27: Being Sued in his/her _X_ Individual
and or _X_ official Capacit

Defendant 28:  Kelsey Pittman, Parole Officer 1250 Acadmy Parkloop, Colo Springs, Co 80916

Acting under Color of federal law  X  yes  ___ No

Community Parole Officer _____

Defendant 28: is Being Sued in his/her  X  Individual and or  X  official Capacity

Defendant 29: Mark White   Parole Officer 1250 Acadmy Parkloop, Loop, Colo Springs, Co 80916

Acting under Color of federal law  X  yes  ___ No

Parole Officer _____

Defendant 29: is Being Sued in his/her  X  Individual and or  X  official Capacity

Defendant 30:  Moses A. Stancill  Executive Director 1250 Acadmy Parkloop, ColoSprings, Co 80916

Acting under Color of federal law  X  yes  ___ No

Executive Director of Colorado Department of Corrections

Defendant 30: is Being Sued in his/her  X  Individual and or  X  official Capacity

3

Defendant 31: Mayor of Greeley Colorado

Acting under color of federal law X yes __ NO
Mayor of Greeley

Defendant 31: is Being Sued in his/her X Individual
and or X offical Copacity

Defendant 32: Jim Himes  Hase of Rep

Acting under color of federal law X yes __ NO
Hase of Rep/ Congressmen

Defendant 32: is Being Sued in his/her X Individual
and or X offical Copacity

Defendant 33: Tom Cotton  Senter of Texas

Acting under color of federal law X yes __ NO
Senter of Texas

Defendant 33: is Being Sued in his/her X Individual
and or X offical Capacity

3

Defendant 34: Cheyenne mountian Command Center

Acting under Color of federal law x yes No
Command Center

Defendant 34: is Being Sued in his/her X Individual
and or X offical capacity

Defendant 35: ATF

Acting under Color of federal law x yes NO
ATF

Defendant 35: is Being Sued in his/her X Individual
and or X offical capacity

Defendant 86: DEA

Acting under Color of federal law x yes NO
DEA

Defendant 36: is Being Sued in his/her X Individual
and or X offical capacity

3

Defendant 37: Rob miller    ADA    915 10th ST

Greeley Co. 80632

Acting under color of federal law X yes   NO

assistent District Attorney

Defendant 37: is Being Sued in his/her X Individual
and or X offical capacity

Defendant 38: Steve Remes   weld county Sheriff

Acting under color of federal law X yes   NO

Sheriff of weld county

Defendant 38: is Being Sued in his/her X Individual
and or X offical capacity

Defendant 39: WISS    Hase of ReP.

Acting under color of federal law X yes   NO

Hase of Rep / Congresmen

Defendant 39: is Being Sued in his/her X Individual
and or X offical capacity

Defendant #0:  Hunter Casemanager @ CSP

Acting under color of federal law X yes  No
DOC Casemanager @ CSP

Defendant #0: is Being Sued in his/her X Individual
and or X offical capacity

Defendant #1: Mike Turner Rep.

Acting under color of federal law X yes  No
House of Rep

Defendant #1: is Being Sued in his/her X Individual
and or X offical capacity

Defendant #2: Marsha Blackburn Rep

Acting under color of federal law X yes  No
House of Rep

Defendant #2: is Being Sued in his/her X Individual
and or X offical capacity

3

Defendant

43. Roy Smith    SGT Greeley Police

Acting under color of federal law X yes ___ No
SGT @ Greeley Police

Defendant 43: IS Being Sued in his/her X Individual
and or X offical Capacity

Defendant 44: Robert Muller III   DHS

Acting under color of federal law X yes ___ No
Acting DHS Agent

Defendant 44: is Being Sued in his/her X Individual
and or X offical capacity

Defendant: 45. Ron DeSantis

Govner

Acting under color of federal X yes ___ No
Govner

Defendant 44: is Being Sued in his/her X Individual
and or X offical capacity

## D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action.  For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim.  You do not need to cite specific legal cases to support your claim(s).  If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s).  Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: U.S. Constitutional Rights Violations 4th 5th 8th and 14th Amendments / HumRghts Violations / Bill of Rights

Claim one is asserted against these Defendant(s):

U.S. President Joe Biden Et. Al.

Supporting facts: On or about 11/31/21 King Lucifer meets Some-one else by The name of Raul well in The Weld County Jail "WCJ" He is also from The "Sinaloa Cartel" He is in "WCJ" Because "HSI" out of Califorina followed 10lb of meth To his bar in "GREELEY, COLO" off of "HWY 85 and 18 Street" "HSI" / ROBERT MULLER The 3rd had Raul under 24/7 Surveillance via MAPPING Satellite / Communction Satellite / Reading Satellite / Drone. This Puts KING LUCIFER under 24/7 Surveillance and got him Connected to The "Reading Satellite" Also The "Communction Satellite" which lead to "HSI" discovery of KING LUCIFER(s) Ties To The old "MEXICAN CARTEL OF SINALOA" This is A violation To The "United States Constitution" under The 4th 5th 8th and 14th Amendments. Privacy Right, PROCEDURAL DUE PROCESS, EQUAL PROTECTION OF LAWS, DUE PROCESS.

(2.) On or about 12/1/21 "HSI" Brifes "PRESIDENT JOE BIDEN" on "KING LUCIFER(s)" Ties To "SINALOA" Biden Authorisation Of the "ILLEGAL OPPERATION" of "Forced Governing" of "KING LUCIFER(s) life "JOB-TO-JOB Stalking" Satellite neural "Slavery monitoring" and "Widespread Harassment" Also The Uses Of the wartime "DISARMENT LASER" And "Reading Satellite" forced To Hear "PSychotranic Weapon messages" and "Laser Uses"

4

All above is A Violation To The "UNITED STATES CONSTITUTION" under Amendments 4th 5th 8th 14th. "PRIVACY RIGHT", PROCEDRAL Due PROCESS, EQUAL PROTECTION of LAW, Due PROCESS.

(3.) on or about 12/2/21 "PRESIDENT" Joe biden Briefes "Congress" AS To The Authorisation of The OPPERATION KILL "KING LUCIFER" "CONGRESS" violated The u.s. constitution under The 4th 5th 8th and 14th Amendments. PRIVCY RIGHT, PROCEDRAL Due PROCESS, EQUAL PROTECTION of LAW, DUE PROCESS, fails To PROTECT. Cruel and unuSual PuniSment. TORTURE, HumanRIGHTS Violated.

(4.) on OR About 12/3/21 The Securitary of The u.s. DePartment of Homeland Security "MR.MAYORKAS" is Briefed by "Executive Service DiviSions of Homeland Security" about "KING LUCIFER(S)" Standing with The "SINALOA CARTEL"/ "ALLY GUZMAN", "EL CHOPO GUZMAN", "ALFREDO GUZMAN", "FRANKY GUZMAN" Commition on "faceBook" AlSo "KING LUCIFER(S)" TRIP TO "mexicco" with "EX WIFE" CHANTEE R. GONZALEZ TO TAKE "EL CHOPO" $10,000,000.oo" In "The YEAR of 2006" "month of July". ThrougH "EL PASO TEXAS". AlSo "KING LUCIFER(S)" Standings as As The Head of California(S) 18 STREET IN GREELEY COLORADO, AlSo HiS TieS TO The "MEXIAN MAFIA CALI"/ "CALI SUREÑO"

(5.) ON OR ABOUT 1/8/22 "KING LUCIFER" was Released from "WCI". This is when The ILLEGAL forced "Governing" of "KING LUCIFER" Life Started/ 24/7 Surveillance "TACTICS" By "UNITED STATES" "SPYCAM/SATELLITE" AlSo The "ECHELON SPYING SYSTEM" "SUPRA"

(6.) ON OR ABOUT 1/9/22 "KING LUCIFER(S)" "VERIZON" Phone would not "RING" Phone Number = 970-576-2235= Due TO DePartment of Homeland Security "DHS" forced Governing PROGRAM. This is A violation TO The

4

U.S. Constitution under the 414th Amendments <u>PRIVACY RIGHT</u>, <u>PROCEDURAL Due PROCESS</u>, <u>Due PROCESS</u>, <u>EQUAL PROTECTION of LAW</u>.

(7) ON OR ABOUT 1/21/22 "<u>KING LUCIFER</u>" and EX WIFE AngEL D. GONZALEZ notices "<u>PeoPle messing</u>" with ~~this~~ Their <u>Hose/ProPerty/CAR</u>. By way of "<u>TAgging</u>" on the Walls of out Side There "<u>Hose</u>". Also losening There "<u>LugNuts</u>" on there "SUV" This Cased "<u>KING LUCIFER</u>" To move His family To The "<u>HILTON DOWNTOWN DENVER</u>" 6th floor To See if The "<u>widespread Harassment</u>" Would StoP. It slows Down "<u>KING LUCIFER</u>" SeeS~~Hot~~ ~~Johanthon Association~~ At "<u>HILTON</u>" Now he knows The "<u>Harassment</u>" is Coming From The "<u>US Government</u>" Due To <u>Joe Biden</u> and <u>Nancy Palasi</u>, ~~Joe Biden</u>~~) disLike of The "<u>GONZALEZ/GUZMAN</u>" family. This is A VIOLATION "SUPRA"

(8). ON OR ABOUT 3/1/22 "<u>KING LUCIFER</u>" Now moves his family To The "<u>AMERICAN INN</u>" in "~~WINDSOR~~ Colo He Also HAS "<u>Two (2) lbs</u>" of Meth with Him, And goes with his EX wife when They Return "<u>one (1) oz</u>" of "<u>Meth</u>" is on The "BED" with A "<u>Blue LATEX Glove</u>" ~~was~~ On The ToP of The "<u>OZ</u>". This is A violation To The U.S. Constitution under The 4th,5th and 14th Amendments "<u>PRIVACY RIGHT</u>" "<u>PROCEDURAL Due PROCESS</u>", "<u>Due PROCESS</u>, "<u>EQUAL PROTECTION of LAWS</u>"

(9). ON OR ABOUT 3/21/22 "<u>KING LUCIFER</u>" NOW KNOWS FOR "A" "<u>FACT</u>" The "<u>HARASSMENT</u>" is Due To His "<u>FAMILY</u>" Being The "<u>MEXICAN CARTEL DE SINALOA</u>" EDDIE <u>GONZALEZ, RAMON GONZALEZ, MOSES RAMOS, Joe</u> <u>RAMOS, CARLOS MARTINEZ, EFRON SANCHEZ,</u> <u>ALFREDO G. GONZALEZ, LETICIA L. GONZALEZ,</u> <u>BONNIE M. GONZALEZ, ANGAL D. GONZALEZ,</u> <u>CHANTEE R. GONZALES, JAZMINE J. GONZALES,</u> <u>ALFREDO P. GONZALES III, SELENIA GONZALES,</u>

AHLAYA RC. GONZALEZ, NAVEA T. GONZALEZ, KING LUCIFER E. GONZALEZ JR., EL CHAPO, ALFREDO GUZMAN, FRANKEY GUZMAN, AILY L. GUZMAN, FRANKY A. RIOS,

(10) ON OR ABOUT 3/30/22 "KING LUCIFER" SEE(S) "EXECUTIVE SERVICES DIVISIONS of HOMELAND SECURITY" white "SUV" IN "GREELEY COLORADO" on 12th AVE and 08th ST "KING LUCIFER" FLIPS A "BIITCH" AND NOW follows Them And TELLS Them FUCK YOU BECAUSE of THE "WIDESPREAD HARASSMENT" LATER That DAY "KING LUCIFER" Goes out And his BACK & 24In RIM Almosts FALLS off of HIS "SUV" This is All on DRIVE/ Satellite footage "SAPRA"

(11). "KING LUCIFER" was in "Weld county Jail LWCI" from 6/8/22 TO 11/8/22 He is Released on 11/8/22 His EX wife Loses her mind And (he)ts Committed BECAUSE of The "HARASSMENT" By "Robert WILKER III" from "DHS". This is TO KEEP Her, AWAY from her Husband So Joe Biden Could Kill "KING LUCIFER" With The "DISARMENT LASER".

(12) ON 11/14/22 "KING LUCIFER" was "HIT" By "WARTIME SATELITE DISARMENT LASER" ~~And Be Cod~~ "FIRST HIT" WAS At "JBS" Slaughter House "in "GREELEY COLORADO" on Hwy 85 And "C"ST Well he was wait To Sell Some Meth. This is Joe Biden(S) 1st Order TO Hit "KING LUCIFER" And ASSASSINATE THE "HEAD" OF "THE MEXICAN CARTEL DE SINALOA" This is A violation TO All The "TREATYS" The Constitution Provides that the "PRESIDENT" Shall take Care that laws are "faithfully Executed" ITIs The Joe biden(s) duty TO Preserve, Protect, And Defend The Constitution The "United States" ~~As the States~~ SENATES Advice TO "ASSASSINATE" "KING LUCIFER" DUE TO HIS "STANDING(S)" AS The "HEAD" of The

4

"MEXICAN CARTEL DE SINALOA" is A Violation To All The "TREATIES" / Constitution 4th 5th 8th 19th Amendment CRUL and USUAL Punishment, TORTURE, DUE PROCESS, PROPERTY DUE PROCESS, DUE PROCESS, AKA HUMRIGHT EQUAL PROTECTION OF LAW.

(13) ON OR ABOUT 11/14/22 "KING LUCIFER" is TOLD VIA SATELLITE TO GET TO The "AIR FORCE BASE" But DUE TO THE first hit he Still CAN not Think So he PARKS AT The "STAY TREE" on "8th Ave and 6th STREET" in "GREELEY COLORADO" This is Joe bidens / DEMS 2nd "ASSASSINATION ATTEMP" OF "KING LUCIFER" With THE WARTIME SATELLITE DISARMENT LASER, CHEYENNE Mountian Command Center HAS ALL Joe bidens Command TO USE "The DISARMENT LASER" on above "DATE" This is A Violation To The U.S. Constitution "SUPRA"

(14). ON OR ABOUT 11/14/22 "KING LUCIFER" is Hit for The 3Rd time by The "SATELLITE DISARMENT LASER" off of 10th STREET and 29th Ave in GREELEY, COLORADO "SUPRA"

(15). ON OR ABOUT 11/14/22 "Cheyenne mountian Command Center" Was Athorized By Joe biden TO Allow "DHS" TO Hit "KING LUCIFER" With The "SATELLITE DISARMENT LASER" This Was A Violation "SUPRA"

(16). ON OR ABOUT 11/15/22 "KING LUCIFER" TRYS TO Go South on Hwy 85 TO GET TO "DENVER" "AIR BASE" But "DHS" Via Satellite Cut Power TO His SUV So he STOPS Going South. So NOW He Hides IN BASEMENTS.

(17). On 11/27/22 "KING LUCIFER" gets his SUV to start and hit A Blue Jeep In "EVANS COLORADO" ALSO RAN into A GAS main In The BACK Yeard of A House And Blew UP Check with EVANS PD DHS caused it UP TO "ASSASSINATE" "KING LUCIFER" This IS A Violation TO The US. Constitution under The 14th EQUAL PROTECTION of LAWS, ALSO This Was Due TO "KING LUCIFER" ATTMUP TO Go TO Denver Colorado AIR RAID That Joe biden Tried To Hit "KING LUCIFER" with "THE SATELLITE DISARMENT LASER" for The 4th Time. off 17th Ave and 37th STREET in EVANS 🔘 ○

On 12/3/22 "KING LUCIFER" meets UP with his BROTER IN LAW And his wife "ALLY GUZMAN GONZALEZ" "ALFREDO GUZMAN" TELLS "KING LUCIFER GUZMAN GONZALEZ" That he Got Word "DHS" VIA SATELLITE Was TAKEN Them All in To Custody Due TO "DISARMENT" NOT working on "KING LUCIFER" "FRANKY A. RIOS" In "GREELEY COLORADO" ASWELL AS "FRANKY GUZMAN" IN "SINALOA"

(A) ON OR ABOUT 11/31/21 The Weld County Sheriffs / STEVE REMES / GREELEY/ Police Department / Chief Chief Police / EVANS Police Department / Police Chief / WINSOR Police Department / Chief of Police was Put on Notice BY "DHS" AS To The unconstitutional OPPERATION TO "KILL KING LUCIFER" This IS A Violation To Thee Constitution under The 4th 5th 8th 19th Amendments "PRIVACY RIGHT, PROCEDURAL DUE PROCESS, EQUAL PROTECTION of LAW, DUE PROCESS failure TO Protect, failure TO INTERVEN)

4

on crossout 11/31/21

(20) THE FBI "C RAY" DENVER FBI "MULER" The DENVER "DEA" DENVER "ATF" A. EDWARDS THE "CIA" THE "NSA" WAS ALL PUT ON NOTICE OF THE unconstitutional OPPERATION That JoeBiden/NANCY PALOSI/Robert Muller The 3Rd from "DHS" Authorized. ALL above AGENCY(S) Know OR should of Know OPPERATION Kill "KING LUCIFER" WAS A DEPRIVATION of A federal Right "DHS" Brifed ALL above AGENCY(S) DIRECTOR(S) Which shows "PARTICIPation" Control, direction or failue To Supervise This is A violation TO THE US. Constitution under 4th, 5th, 8th and 14th Amendment's "SUPRA"

(21) ON OR ABOUT 11/31/21 THE "united STATES SENATE / NANCY PALOSI et al Joe biden Authorized The unconstitutional OPPERATION Kill "KING LUCIFER" This is A violation TO The "united STATES CONSTITUTION under The 4th 5th 8th and The 14th Amendment's CRUL and unuSual Punishment Torture, Due PRocess, PRocedural Due PRocess, EQUAL PROTECTION of LAW failue To Protect. failue TO INTERVEN,

(22) ON OR ABOUT 12/1/21 THE HOUSE of REPRESENTATIVES were Brifed AS TO THE OPPERATION Kill KING LUCIFER That WAS unconstitutional "SUPRA"

(23). ON OR ABOUT 11/31/21 THE D.O.J. was Brifed AG "GARLAND" ABout THE OPPERATION Kill KING LUCIFER That was unconstitutional "SUPRA"

(24)

ON OR ABOUT 11/31/21 A. Blinken / STATE DEPT was Brifed About OPPERATION Kill KING LUCIFER That was unConstitutional "SUPRA"

(24) ON OR ABOUT 11/19/22 Lloyd Austin was Brifed by Joe biden AS TO OPPERATION Kill KING LUCIFER "SUPRA"

(25) ON OR ABOUT 6/22/23 Indas PRIME MINISTER "NARENDRA MODI" was Brifed By Joe biden / Dems AS TO The "United States" Human RIGHTS Violations TO The family Of The MEXICAN CARTEL DE SINALOA This is A Violation TO The U.S. Constitution Under The 5th 8th 14th Amendment failur TO Protect failur TO interfea.

(26) ON OR ABOUT 11/31/21 Joe biden Brifed J. Polis on The OPPERATION Kill "KING LUCIFER" SUPRA

(27). ON OR ABOUT 11/8/22 Joe biden Authersation of the Use of The wartime Satelite DISArmamt laser That the "INTERNATIONAL COMMITTEE OF THE RAD CROSS" Named "(((●)))" Used on "KING LUCIFER" 4 times in The county of Weld County City of GREELEY with The SubPoena Duces Tecum This Honrabole Court will See fACTS Joe biden Authersation of OPPERATION "KILL KING LUCIFER" is unConstitutional And is A Ubiolation TO Constitution under The 4th 5th 8th and 14th Amendmt Cirl and unusal Punishment Torture PRocs/ Due PRocss, Due Prcss, EQUAL PROtection of LAW failur TO Protect.

4

(28) ON OR ABOUT 5/22/23 "DHS" Robes muller III orders Cheyenne mountain command Center TO Hit "KING LUCIFER, with WARTIME SATELLITE DISARMENT LASER well in "CSP" unit C-7-21. Well KING LUCIFER Was fighting with a offender in A cell -7-21 Rober muller III Has Been calling TO Steff @ CSP Telling them not to Give him A RAZor or feed him Also Case moncher Hunter HAS Been helping Rober muller III Keep KING LUCIFER from Talking To his Attorney using The Phone. Changing Phone numbers on his Phonelist. Also KING LUCIFER Has Tried To Call MR Donald J. TRUMP Attorneys. As to him Talking to TRUMP via Satellite Attorneys Jonathan Turley was Sent A letter at law School Complex 20th ST NW Between 6th ST NW Washington, DC. 20052 Also Called Joe Sickelfine on A Recorded line but know it was Robert muller III intersecting The Calls To Cover up The opperation Kill KING LUCIFER. These Are All Violation TO The constitution under The 4th 5th 6th and 8th And 14th Amendments To the constitution Crul and unusual Punisment, Torture, PRIVCY RIGHT, PROCEDRAL DUE PROCES Due PROCESS.

(29) ON OR ABOUT 5/28/23 KING LUCIFER knows he has to Get Something out TO GET Someone TO Look into whats Going on So He Puts A Hit out on MARCELO A. KOPCOW in The weld County Courts And Rober muller III from "DHS" Calls And covers it up because KING LUCIFER NEED to talk to the FBI/CIA About Joe Biden/Robert muller III s "See ATT"

4

This is Also A violation To The U.S Constitution under The 14th Amendment Due Process, Procedual Due Process,

(30). Robert mullers / DHS HAS been Also Keeping KING LUCIFERS BANK Accounts Locked So he Can not with Draw money. As well A his family has been Attempting To Send KING LUCIFER money but is not Posting on his Inmate Account but is Coming off familys Accounts (See ATT) This is All A violation To The united States Constitution under The 8th 14th "Crul and unusual Punishment" Torture Procedual Due Process, Due Process,

(31) "Roy Smith" from "Greeley Police" on or about 1/16/23 Came To DRDC with Robert mullers III And on video and Asked if I wanted To PAY To Get out And that Roy Smith would Come Give me his Car Keys And I Could walk out This was in unit 1 Staff SGT Ramirez Seen Smith Try To hand me his Keys on video in unit 1 Roy Smith / Robert mullers III have been Trying To Set me up And wanted me to escap or escape.

(32) on or about 12/03/23 Nancy Palosi Called KING LUCIFER via Goverment Satelite And tells him To tuen Him Self in or he is Going To Die

# Conclusion

(1). Defendant President Joe Biden Personally Participation when he ordered "KING LUCIFERO" "ASSATNATION" This Shows his Participation, control direction. The President is not exempt from the Jurisdiction or any Court. Paula Jones v. President Clinton.

(2). All Above Defendents Have Promulgated, Created, Implemented and Possessed Responsibility for the continued The Opperation Kill "KING LUCIFER" That Caused The Constitutional deprivation TO KING LUCIFER All Above Defendents have a Culpible state of mind. All Above Defendents demonstrated Personal Invotement by Their failur To Interven and Their failur To Protect Also The Torture / ASSASSINTION Attempt on KING LUCIFERS Life Because of his Standing As The HEAD of The "MEXICAN CARTER DE SINALOA" without PROCEDURAL DUE PROCESS / DUE PROCESS, OR The EQUAL Protection OF LAW U.S. Constitutional Guarentees Embodied in the fourteeth Amendments To the U.S. Constitution, Which States in relevant Part that "No State"... Shall deal To "Any" Person Within "its Jurisdiction" The EQUAL Protection of its Laws. The "essentiel Purpose" of this "Constitution" or "Doctrine" is to "Ensure" that laws And "Government" "treat" All "Persons" Alike.

1

All Above Defendant in Whole Deminstreted Gross Negligence To The United States Constitutional Rights As To KING LUCIFERS Indiviuel liberties Granted by The State or federal Constitutions and has not been Protected from Goverment Interference. Joe bidens Deliberate Indifference To "KING LUCIFERS" Life Because of his Political Stand Against fetvnal And his Support for Dainald J. TRUMP Joe biders ILLEGAL Authoriation of Opperation Kill "KING LUCIFER" Was for his own Personal "Grade Inflation" because of his own Participation with my father-INLAW "EL CHOPO'S" Torture by "Obama / Bides" Wow biders) Opperation Kill "KING LUCIFER" Was Done To Tittle Title 42 Expllication because of bidens/DEMS want of child Expllication A Human trafficeing of migrants/Asylum Seekers Because "DHS"/ CIA Knows The MEXICAN CARTELO DE SINALOA Stand of Human Trafficeing other Then "OUR" MEXICAN People MISS L. BOEBERT is on "The RIGHT PATH"

3. "MR KING LUCIFER GUZMAN GONZALEZ" is Respectfully Requesting This Homicide Court To Serve above complaint on All Above Defendants

4. MR KING LUCIFER Guzman GONZALEZ was on Parole in The State of Colorado County of weld City of "GREELEY". well All above EVENT occured.

4

# JURISDICTION

THIS Honrable Court Has Jurisdicition Over All above Defendents. All Claims were Commited in The Great State of Colorado, County of Weld.

# REQUEST FOR RELIEF

MR. KING LUCIFER is Respectfully Requesting Relief As follows: Disconnecting The Gouerment Satellite for Him / STOPING SATELLITE commotion in his head.

MR. KING LUCIFER is Respectfully Requesting Relief As follows! DAMAGES for The TORTURE/ HARASSMENT / forced Governing of his life/ navel slavery via satellite/Reading Satellite uses, forced To Hear PSYCHOTRONIC weapon messeges

Also The ASSASSINATION ATTEMPT on his Life 5 Times via DEEP WARTIME SATELLITE DISARMENT LASER

In The Amont of $700,000,000,000.000 Billion

4

## E.   PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___X___ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                Moses A. Stancil

Docket number and court:                23-CV-00665-KLM

Claims raised:                          Tortur

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)   Still Pending

Reasons for dismissal, if dismissed:    _____

Result on appeal, if appealed:          _____

## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

   ___X___ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

   ___X___ Yes ___ No (*check one*)

5

**G.     REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* Disconnected from Government Satellite / STOP Satellite Commotion in my Head.

DAMAGES in The Amount of $700,000,000,000.00

**H.     PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
(Date)

(Revised November 2022)

6

Dear marcelo A. Kopcow

So my name is Alfredo P. G[...]

FILED IN WELD COUNTY
COMBINED COURTS
2023 MAY 22 P 2:45

So (DHS) U.S. Department of Homeland security has
me under Investigation Because They are Saying
I was Going to take over the (Sinaloc Cartel)
Back on 12.3.22 They are saying I Ain't got
no Pull So you did not take Action on A Case
So Look this up 23-CV-00665-KLM See whats
up on that And see [scribbled out text]
So I Put A Hit out on You So thank (DHS)
ASK The FBI/DEA Denver.

HAve A Good day

ASK The FBI



**State of Colorado Judicial Department**
**Nineteenth Judicial District – Weld County**
**915 10th Street**
**Greeley, Co 80631**
**Telephone: 970-475-2400**

**Name:** ALFREDO GONZALEZ

**To:**

**Date: 05/22/2023**

**Case Number:**

**Your document was received in the Weld Combined Court. It is being returned to you because:**

| | |
|---|---|
| ☐ | The required filing fee in the amount of $ _____ was not included. <br> ☐ Your original documents that you filed are being returned to you. <br>  ☐ You may refile the documents once you include the necessary filing fee. <br>  ☐ Please complete the attached Motion to File Without Payment and Supporting Financial Affidavit (JDF205) and the caption of the Finding and Order Concerning Payment of Fees (JDF206). <br> ☐ Your original documents were filed with the Court but the Judicial Officer has been notified that no filing fee has been paid. |
| ☐ | The check has no signature. |
| ☐ | We do not accept temporary checks. |
| ☐ | The written amount and numerical amount on check do not match. |
| ☐ | Your documents are filed in the incorrect jurisdiction. Send to: |
| ☐ | The required filing fee in the amount of $ _____ was not included.  Because you are in the custody of the _____ County Jail, I have enclosed an Inmate Motion Requesting to:  File Without Prepayment of Filing/Service Fees Pursuant to 13-17.5-103, C.R.S. (JDF201) and the Finding and Order Concerning Inmate Motion (JDF202).  **Please make sure to attach a copy of your inmate account for six-months preceding the filing of this Motion. This copy must be certified by an appropriate official at the detention facility.** <br> ☐ You may refile the documents once you include the necessary filing fee. <br> ☐ Your original documents were filed with the Court but the Judicial Officer has been notified that no filing fee has been paid. |
| ☐ | |
| ☐ | |
| ☐ | |
| ☒ | Other: Please provide a complete case number when filing documents. Thank you |

Thank you.

Weld Combined Court Deputy Clerk: _____

**NOTE:**  The court prohibits all court personnel from giving legal advice. If you choose to represent yourself it is assumed you know the law and rules of procedure. If you have legal questions you are encouraged to consult an attorney.

*Except in certain instances, documents filed are public record. It is to your benefit to exclude social security numbers, or only include the last four digits, and identifying information on pleadings where not required. Case Information sheets do require the information; however, these are not available to the public.*